No. 78–6428.   MINER *v.* CALIFANO, SECRETARY OF HEALTH, EDUCATION, AND WELFARE, 442 U. S. 931;

No. 78–6444.   SMITH *v.* KANSAS, 441 U. S. 964;

No. 78–6461.   PLEASANT *v.* CALIFORNIA, 441 U. S. 964;

No. 78–6516.   DARBY ET AL. *v.* INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, LOCAL UNION No. 1547, ET AL., 442 U. S. 944;

No. 78–6542.   WELCH *v.* FALKE, MONTGOMERY COUNTY PROSECUTING ATTORNEY, 442 U. S. 920;

No. 78–6549.   GULLY ET AL. *v.* KUNZMAN, JUDGE, ET AL., 442 U. S. 924;

No. 78–6553.   LUPERT *v.* COLLEGE OF LAW OF SYRACUSE UNIVERSITY, 442 U. S. 925;

No. 78–6557.   DINKE *v.* RIGGS NATIONAL BANK OF WASHINGTON, D. C., 442 U. S. 912;

No. 78–6561.   YOUNG *v.* ZANT, WARDEN, 442 U. S. 934;

No. 78–6604.   RAITPORT *v.* CLERK OF THE SUPREME COURT OF THE UNITED STATES, 442 U. S. 927;

No. 78–6613.   PEERY *v.* UNITED STATES, 442 U. S. 913; and

No. 78–6715.   KRIZ *v.* UNITED STATES, 442 U. S. 945.   Petitions for rehearing denied.

No. 78–432.   UNITED STEELWORKERS OF AMERICA, AFL–CIO–CLC *v.* WEBER ET AL.;

No. 78–435.   KAISER ALUMINUM & CHEMICAL CORP. *v.* WEBER ET AL.; and

No. 78–436.   UNITED STATES ET AL. *v.* WEBER ET AL., 443 U. S. 193.   Motion to dispense with printing petition granted. Petition for rehearing denied.   MR. JUSTICE POWELL and MR. JUSTICE STEVENS took no part in the consideration or decision of the motion and petition.

No. 78–479.   EDMONDS *v.* COMPAGNIE GENERALE TRANSATLANTIQUE, 443 U. S. 256.   Motion to defer consideration and petition for rehearing denied.   MR. JUSTICE POWELL took no